

| | | | | |
|---|---|---|---|---|
| State v. Armesto-Murphy | 106,441 | Denied | 04/08/13 | Unpublished |
| State v. Austin | 105,612 | Denied | 06/14/13 | Unpublished |
| State v. Baatrup | 107,822 | | | |
| | 107,823 | Denied | 08/23/13 | Unpublished |
| State v. Bailey | 107,825 | Denied | 07/19/13 | Unpublished |
| State v. Baker | 107,389 | | | |
| | 107,390 | Denied | 09/04/13 | Unpublished |
| State v. Balton | 106,687 | Denied | 09/04/13 | Unpublished |
| State v. Barnett | 107,478 | Denied | 08/29/13 | Unpublished |
| State v. Barrera | 104,667 | Denied | 08/19/13 | Unpublished |
| State v. Barrera | 106,260 | Denied | 05/20/13 | Unpublished |
| State v. Barton | 106,219 | Denied | 08/23/13 | Unpublished |
| State v. Battle | 106,998 | Denied | 08/29/13 | Unpublished |
| State v. Bell | 107,208 | Denied | 09/04/13 | Unpublished |
| State v. Bell | 107,245 | Denied | 09/04/13 | Unpublished |
| State v. Bengston | 103,958 | Denied | 09/04/13 | Unpublished |
| State v. Berry | 106,729 | Denied | 09/04/13 | Unpublished |
| State v. Betts | 106,298 | Denied | 04/08/13 | Unpublished |
| State v. Beye | 105,087 | Granted; summarily reversed; remanded to Ct. of App. | 05/20/13 | Unpublished |
| State v. Black | 104,728 | Denied | 08/19/13 | Unpublished |
| State v. Blackmon | 107,562 | Denied | 08/30/13 | Unpublished |
| State v. Blanks | 105,838 | Denied | 09/04/13 | Unpublished |
| State v. Blizzard | 107,656 | Denied | 08/19/13 | Unpublished |
| State v. Bovenizer | 105,870 | Denied | 05/20/13 | Unpublished |
| State v. Boyd | 106,591 | Denied | 09/04/13 | Unpublished |
| State v. Boyd | 107,391 | Denied | 08/30/13 | Unpublished |
| State v. Braun | 103,560 | Denied | 05/20/13 | 47 Kan. App. 2d 216 |
| State v. Brown | 102,940 | Denied | 08/19/13 | Unpublished |
| State v. Brown | 105,812 | Granted; summarily reversed; remanded to Ct. of App. | 05/17/13 | Unpublished |
| State v. Brown | 107,049 | Denied | 08/29/13 | Unpublished |
| State v. Brown | 107,724 | Denied | 08/23/13 | Unpublished |
| State v. Bryant | 106,155 | Denied | 09/04/13 | Unpublished |
| State v. Buie | 106,156 | Denied | 08/19/13 | Unpublished |
| State v. Burden | 105,018 | Denied | 06/14/13 | Unpublished |
| State v. Burdick | 103,263 | Denied | 08/19/13 | Unpublished |
| State v. Burtin | 106,635 | Denied | 09/04/13 | Unpublished |
| State v. Buss | 105,396 | Denied | 08/29/13 | Unpublished |
| State v. Butler | 106,234 | Denied | 08/29/13 | Unpublished |
| State v. Bynum | 106,745 | Denied | 08/19/13 | Unpublished |